# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| THOMAS JEFFERSON CHILDRESS, #28309 | § § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-3658-S-BN |
| DALLAS COUNTY DISTRICT ATTORNEY | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 6] and then supplemented those findings, conclusions, and a recommendation [ECF No. 9]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as supplemented.

The Court also **DENIES** Plaintiff's February 4, 2021 Motion for Leave to File an Amended Complaint [ECF No. 10], which is virtually identical to Plaintiff's January 20, 2021 Motion for Leave to File an Amended Complaint [ECF No. 8], for the reasons expressed the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge. These reasons further reflect that Plaintiff has not shown that exceptional circumstances require the appointment of counsel under 28 U.S.C. § 1915(e)(1). The Court therefore **DENIES** Plaintiff's February 25, 2021 Motion for the Appointment of Counsel [ECF No. 11].

**SO ORDERED.**

SIGNED June 17, 2021.

_____
**UNITED STATES DISTRICT JUDGE**